Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Proposed Special Counsel for*
*JPK NewCo LLC and Counsel*
*for all Other Plaintiffs*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| JPK NewCo LLC, | ) Case No. 25-200-ELG |
| Debtor. | ) Chapter 11 |
| JPK NewCo LLC, *et al.* | ) |
| Plaintiffs, | ) Adv. Case No. 25-10015 |
| v. | ) |
| Developer RE1 LLC, *et al.* | ) |
| Defendants. | ) |

**AFFIDAVIT OF SERVICE**

I hereby certify that on this 30th day of May, 2025, I caused a copy of (i) the complaint herein, as found at DE #1; and (ii) both summonses, as found at DE #3, to be served, via first class mail, postage prepaid, upon:

DEVELOPER RE1 LLC
C/O MEL NEGUSSIE, REGISTERED AGENT
1629 K STREET, NW SUITE 300
WASHINGTON DC 20006

1

and

423 KENNEDY ST HOLDINGS LLC
C/O MEL NEGUSSIE, REGISTERED AGENT
1629 K STREET, NW SUITE 300
WASHINGTON DC 20006

                                           Respectfully submitted,

Dated: May 30, 2025                       By: /s/ Maurice B. VerStandig
                                             Maurice B. VerStandig, Esq.
                                             Bar No. MD18071
                                             The VerStandig Law Firm, LLC
                                             1452 W. Horizon Ridge Pkwy, #665
                                             Henderson, Nevada 89012
                                             Phone: (301) 444-4600
                                             Facsimile: (301) 444-4600
                                             mac@mbvesq.com
                                             *Proposed Special Counsel for*
                                             *JPK NewCo LLC and Counsel*
                                             *for all Other Plaintiffs*