**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (VSB No. 38326)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| JPK NEWCO, LLC, | ) Case No. 25-00200 (ELG) |
| Debtor. | ) Subchapter V |
| JPK NEWCO, LLC, *et al.*, | ) |
| Plaintiff, | ) |
| v. | ) Adv. Proc. No. 25-10015 (ELG) |
| DEVELOPER RE1, LLC, *et al*, | ) |
| Defendants. | ) |

**NOTICE OF MOTION AND NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that, Developer RE1, LLC and 423 Kennedy St. Holdings, LLC (the "Defendants"), by counsel, filed *Motion of Developer RE1, LLC and 423 Kennedy St Holdings, LLC for Abstention and to Dismiss or Stay Proceedings* [Docket No. 14] (the "Motion") with the United States Bankruptcy Court for the District of Columbia (the "Court"). Pursuant to the Motion, the Defendants are asking that the Court abstain from adjudicating the above-captioned Chapter 11 proceeding and/or the above-captioned adversary proceeding.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the matter, **no later than August 29, 2025**, you or your attorney must:

4927-1959-4337.1

File with the Court a written objection or other response to the Motion stating with particularity the grounds with which you base your objection or otherwise explaining your position, at:

Clerk, U.S. Bankruptcy Court
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Jeremy S. Williams
Kutak Rock LLP
1021 E. Cary St., Ste. 810
Richmond, VA 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Please take notice that a hearing for this matter will be held on **September 3, 2025, at 10:00 a.m.** The hearing will be held in Courtroom 1 at the E. Barrett Prettyman U.S. Courthouse located at 333 Constitution Avenue, N.W., Washington, D.C. 20001. Parties may attend in person or virtually via Zoom. Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom information.

Parties in interest with questions may contact the undersigned.

Dated: August 20, 2025

DEVELOPER RE1, LLC AND
423 KENNEDY ST. HOLDINGS, LLC

/s/ *Jeremy S. Williams*
Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia  23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com

and

James D. Sadowski (VSB No. 38326)

4927-1959-4337.1

GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Email: jds@gdllaw.com

*Co-Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC*

4927-1959-4337.1

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that on August 20, 2025, a copy of the foregoing document was served via CM/ECF on the following necessary parties:

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
*Counsel for Plaintiffs*

                              /s/ *Jeremy S. Williams*
                                  Counsel