**KUTAK ROCK LLP**
Jeremy S. Williams (DC 994825)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
*Co-Counsel for Developer RE1, LLC and*
*423 Kennedy St Holdings, LLC*

**GREENSTEIN DELORME & LUCHS, P.C.**
James D. Sadowski (VSB No. 38326)
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | Chapter 11 |
| JPK NEWCO, LLC, | Case No. 25-00200 (ELG) |
| Debtor. | Subchapter V |
| JPK NEWCO, LLC, *et al.*, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-10015 (ELG) |
| DEVELOPER RE1, LLC, *et al*, | |
| Defendants. | |

**NOTICE OF ADJOURNED HEARING**

  **PLEASE TAKE NOTICE** that the hearing previously scheduled for September 3, 2025, at 10:00 a.m. in connection with the Status Hearing [Dkt. No. 9] and the *Motion of Developer RE1, LLC and 423 Kennedy St Holding, LLC for Abstention and to Dismiss or Stay Proceedings* [Dkt. No. 14] has been adjourned to **September 4, 2025, at 1:30 p.m. (Prevailing Eastern Time)**. The hearing will be held in Courtroom 1 at the E. Barrett Prettyman U.S. Courthouse located at 333 Constitution Avenue, N.W., Washington, D.C. 20001. Parties may attend in person or virtually via Zoom. Parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom information.

  Parties in interest with questions may contact the undersigned.

4933-3147-9651.1

| | |
|---|---|
| Dated: August 27, 2025 | **DEVELOPER RE1, LLC AND**<br>**423 KENNEDY ST. HOLDINGS, LLC** |
| | /s/ *Jeremy S. Williams*<br>Jeremy S. Williams (DC 994825)<br>KUTAK ROCK LLP<br>1021 East Cary Street, Suite 810<br>Richmond, Virginia 23219<br>Telephone: (804) 644-1700<br>Facsimile: (804) 783-6192<br>Email: jeremy.williams@kutakrock.com<br><br>and<br><br>James D. Sadowski (VSB No. 38326)<br>GREENSTEIN DELORME & LUCHS, P.C.<br>801 17th Street, N.W., Suite 1000<br>Washington, D.C. 20006<br>Phone: (202) 452-1400<br>Fax: (202) 452-1410<br>Email: jds@gdllaw.com<br><br>*Co-Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC* |

4933-3147-9651.1

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that on August 27, 2025, a copy of the foregoing document was served via CM/ECF on the following necessary parties:

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
*Counsel for Plaintiffs*

                                        /s/ *Jeremy S. Williams*
                                            Counsel

4933-3147-9651.1