# United States Bankruptcy Court for the District of Columbia (Washington, D.C.)
## Adversary Proceeding #: 25-10015-ELG

*Assigned to:* Bankruptcy Judge Elizabeth L. Gunn  
*Lead BK Case:* 25-00200  
*Lead BK Title:* JPK Newco, LLC  
*Lead BK Chapter:* 11  
*Demand:* $3000000  

*Date Filed:* 05/28/25

*Nature[s] of Suit:*  11 Recovery of money/property - 542 turnover of property  
91 Declaratory judgment

---

*Plaintiff*
-----------------------

**JPK NewCo LLC**  
8401 Greensboro Drive  
Suite 960  
McLean, VA 22102

represented by **Maurice Belmont VerStandig**  
The VerStandig Law Firm, LLC  
9812 Falls Road  
#114-160  
Potomac, MD 20854  
301-444-4600  
Email: mac@mbvesq.com

---

*Plaintiff*
-----------------------

**WCP Fund I LLC**  
c/o Maurice B. VertSandig, Esq.  
The VerStandig Law Firm, LLC  
1452 W. Horizon Ridge Pkwy  
#665  
Henderson, NV 89012  
301-444-4600

represented by **Maurice Belmont VerStandig**  
(See above for address)

---

*Plaintiff*
-----------------------

**SF NU, LLC**  
c/o The VerStandig Law Firm, LLC  
1452 W. Horizon Ridge Pkwy  
#665  
Henderson, NV 89012

represented by **Maurice Belmont VerStandig**  
(See above for address)

---

*Plaintiff*
-----------------------

**Russell Drazin**  
Pardo Drazin LLC  
4400 Jenifer Street, NW  
Suite 2  
Washington, DC 20015

represented by **Maurice Belmont VerStandig**  
(See above for address)

V.

*Defendant*
-----------------------
**Developer RE1 LLC**
1629 K Street NW
Suite 300
Washington, DC 20006

represented by **James D. Sadowski**
Greenstein DeLorme & Luchs, PC
801 17th Street, N.W.
Suite 1000
Washington DC, DC 20006
202-452-1400
Fax : 202-452-1410
Email: jds@gdllaw.com

**Alexandria Jean Smith**
Greenstein DeLorme and Luchs PC
801 17th Street NW
Suite 1000
Washington, DC 20006
202-452-1400
Email: ajs@gdllaw.com

**Jeremy S. Williams**
Kutak Rock LLP
1021 East Cary Street
Suite 810
Richmond, VA 23219
804-343-5257
Email: jeremy.williams@kutakrock.com

*Defendant*
-----------------------
**423 Kennedy St Holdings LLC**
1629 K Street, NW
Suite 300
Washington, DC 20006

represented by **James D. Sadowski**
(See above for address)

**Alexandria Jean Smith**
(See above for address)

**Jeremy S. Williams**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 05/28/2025 | [1](#) (19 pgs) | Adversary case 25-10015. Complaint by JPK NewCo LLC, WCP Fund I LLC, SF NU, LLC, Russell Drazin against Developer RE1 LLC, 423 Kennedy St Holdings LLC. (Fee Amount of $350) . (11 (Recovery of money/property - 542 turnover of property),91 (Declaratory judgment)) (VerStandig, Maurice) (Entered: 05/28/2025) |

| | | |
|---|---|---|
| 05/28/2025 | 2 | Receipt of Complaint( 25-10015-ELG) [cmp,cmp] ( 350.00) Filing Fee. Receipt numberA2841187. Fee Amount 350.00 (re:Doc# 1) (U.S. Treasury) (Entered: 05/28/2025) |
| 05/29/2025 | 3 (4 pgs; 2 docs) | Summons Issued on 423 Kennedy St Holdings LLC , Developer RE1 LLC . Number of Summons Issued: 2. Answer due by: 6/30/2025. YOU MUST PRINT YOUR ISSUED SUMMONS, WHICH IS ATTACHED TO THIS DOCUMENT. PAPER COPIES WILL NOT BE MAILED. Status Hearing to be held on 7/23/2025 at 10:00 AM Courtroom 1 and Zoom; Contact Gunn_Hearings@dcb.uscourts.gov for meeting code. (Attachments: # 1 Summons) (Mathewes, Aimee) (Entered: 05/29/2025) |
| 05/30/2025 | 4 (2 pgs) | Summons Service Executed on 423 Kennedy St Holdings LLC 5/30/2025; Developer RE1 LLC 5/30/2025 (VerStandig, Maurice) (Entered: 05/30/2025) |
| 06/27/2025 | 5 (14 pgs; 3 docs) | Motion *to Stay and to Suspend All Deadlines* Filed by 423 Kennedy St Holdings LLC, Developer RE1 LLC (Re: Related Document(s) #:1 Complaint.) Objections due by 7/23/2025.Hearing scheduled for 7/30/2025 at 10:00 AM at Courtroom 1 and Zoom; Contact Gunn_Hearings@dcb.uscourts.gov for meeting code. (Attachments: # 1 Exhibit Ex. 1 - Response to Suggestion of Stay # 2 Notice of Hearing and Objection Deadline) (Sadowski, James) (Entered: 06/27/2025) |
| 07/23/2025 | 6 | Minute Entry RE: Hearing Continued (RE: related document(s)3 Summons Issued) No Appearances. Status Hearing to be held on 7/30/2025 at 10:00 AM Courtroom 1 and Zoom; Contact Gunn_Hearings@dcb.uscourts.gov for meeting code. (Mathewes, Aimee) (Entered: 07/23/2025) |
| 07/23/2025 | 7 (7 pgs) | Opposition Filed by Russell Drazin, JPK NewCo LLC, SF NU, LLC, WCP Fund I LLC (Re: Related Document(s) #:5 Motion.) (VerStandig, Maurice) (Entered: 07/23/2025) |
| 07/30/2025 | 8 | Minute Entry RE: Hearing - Continued (Re: Related Document(s) #:3 Summons Issued, 5 Motion.) Appearances: Maurice VerStandig, James Sadowski. Hearing scheduled for 7/31/2025 at 01:00 PM Via Zoom-contact Gunn_Hearings@dcb.uscourts.gov for Meeting Code. (Mathewes, Aimee) (Entered: 07/30/2025) |
| 07/31/2025 | 9 | Minute Entry RE: Hearing - Held (Re: Related Document(s) #:3 Summons Issued, 5 Motion.) Appearances: Maurice VerStandig, James Sadowski. Motion to Stay Denied as Moot, Order to be Entered. Status Hearing Continued to 9/3/2025 at 10:00 AM Courtroom 1 and Zoom; Contact |

| | | |
|---|---|---|
| | | Gunn_Hearings@dcb.uscourts.gov for meeting code. (Mathewes, Aimee) (Entered: 07/31/2025) |
| 07/31/2025 | [10](#) (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 7/30/2025 11:14:27 AM ]. File Size [ 7968 KB ]. Run Time [ 00:16:36 ]. (Audio Duplicate Docket. Audio Duplicate Docket.). (admin). (Entered: 08/01/2025) |
| 07/31/2025 | [11](#) (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 7/31/2025 1:07:20 PM ]. File Size [ 50376 KB ]. Run Time [ 01:44:57 ]. (Audio Duplicate Docket.). (admin). (Entered: 08/01/2025) |
| 08/05/2025 | [12](#) (2 pgs) | Notice of Appearance and Request for Notice Filed by 423 Kennedy St Holdings LLC, Developer RE1 LLC. (Williams, Jeremy) (Entered: 08/05/2025) |
| 08/19/2025 | [13](#) (4 pgs; 2 docs) | Stipulated Consent Order Continuing Hearing and Extending Time to File a Response to the Complaint. (Re: Related Document(s) #: [3](#) Summons Issued, [5](#) Motion.) Hearing scheduled for 9/3/2025 at 10:00 AM Courtroom 1 and Zoom; Contact Gunn_Hearings@dcb.uscourts.gov for meeting code. (Alde, Claude) (Entered: 08/19/2025) |
| 08/20/2025 | [14](#) (15 pgs) | Motion *of Developer RE1, LLC and 423 Kennedy St Holdings, LLC for Abstention and to Dismiss or Stay Proceedings* Filed by 423 Kennedy St Holdings LLC, Developer RE1 LLC Objections due by 8/29/2025.Hearing scheduled for 9/3/2025 at 10:00 AM at Courtroom 1 and Zoom; Contact Gunn_Hearings@dcb.uscourts.gov for meeting code. (Williams, Jeremy) (Entered: 08/20/2025) |
| 08/20/2025 | [15](#) (4 pgs) | Notice of Hearing *and Notice of Motion* Filed by 423 Kennedy St Holdings LLC, Developer RE1 LLC (Re: Related Document(s) #:[14](#) Motion.) Hearing scheduled for 9/3/2025 at 10:00 AM for [14](#),. (Williams, Jeremy) (Entered: 08/20/2025) |
| 08/27/2025 | [16](#) (3 pgs) | Notice of Hearing..*Notice of Adjourned Hearing* Filed by 423 Kennedy St Holdings LLC, Developer RE1 LLC. (Re: Related Document(s) #:[14](#) Motion.) Hearing scheduled for 9/4/2025 at 01:30 PM for [14](#),. (Williams, Jeremy) (Entered: 08/27/2025) |
| 09/01/2025 | [17](#) (29 pgs) | Opposition Filed by Russell Drazin, JPK NewCo LLC, SF NU, LLC, WCP Fund I LLC (Re: Related Document(s) #:[14](#) Motion.) (VerStandig, Maurice) (Entered: 09/01/2025) |
| 09/04/2025 | 18 | Minute Entry RE: Hearing Held (BK) (RE: related document(s)[3](#) Summons Issued, [5](#) Motion, [14](#) Motion) Appearances: Maurice VerStandig, Jeremy Williams. Motion to Stay and Motion for Abstention Denied, Order to be Entered. |

| | | |
|---|---|---|
| | | Status Hearing Continued - Date to be Determined by the Parties. (Mathewes, Aimee) (Entered: 09/05/2025) |
| 09/05/2025 | 19 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 9/4/2025 12:06:49 PM ]. File Size [ 25008 KB ]. Run Time [ 00:52:06 ]. (Audio Duplicate Docket.). (admin). (Entered: 09/06/2025) |
| 09/10/2025 | 20 (16 pgs; 2 docs) | Motion to Dismiss Adversary Proceeding. Objections due 10/29/2025. Hearing scheduled for 11/5/2025 at 10:00 AM Courtroom 1 and Zoom; Contact Gunn_Hearings@dcb.uscourts.gov for meeting code. Filed by 423 Kennedy St Holdings LLC, Developer RE1 LLC (Attachments: # 1 Notice of Hearing and Opportunity to Object) (Smith, Alexandria) CORRECTIVE ENTRY: Modified TO CORRECT TEXT on 9/12/2025 (CA). (Entered: 09/10/2025) |
| 09/10/2025 | 21 (11 pgs) | Answer to Complaint Filed by 423 Kennedy St Holdings LLC, Developer RE1 LLC (Smith, Alexandria) (Entered: 09/10/2025) |
| 09/12/2025 | 22 | Hearing Scheduled. (RE: related document(s) 20 Motion to Dismiss Adversary Proceeding) Hearing scheduled for 11/5/2025 at 10:00 AM Courtroom 1 and Zoom; Contact Gunn_Hearings@dcb.uscourts.gov for meeting code. (Alde, Claude) (Entered: 09/12/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 10/06/2025 21:52:33 | | | |
| **PACER Login:** | alexjean1018 | **Client Code:** | 8161-0002 |
| **Description:** | Docket Report | **Search Criteria:** | 25-10015-ELG Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |