The order below is hereby signed.

Signed: October 15 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| **In re:** | **Case No. 25-00200-ELG** |
|---|---|
| JPK Newco LLC, | Chapter 11 |
| Debtor. | |
| JPK Newco LLC, et al., | Adv. Pro. 25-10015-ELG |
| Plaintiffs, | |
| v. | |
| Developer RE1 LLC, et al., | |
| Defendants. | |

### ORDER DENYING MOTION FOR REMAND AND ABSTENTION

The Court held a hearing on September 4, 2025 (the "Hearing") to consider the *Motion for Abstention and to Dismiss or Stay Proceedings* (the "Motion") (ECF No. 48) filed by Developer RE1, LLC and 423 Kennedy St Holdings, LLC and the opposition thereto.

For the reasons stated on the record at the Hearing, the Court finds that mandatory or permissive abstention is not appropriate because this matter is a core proceeding and a valid exercise of title 11 jurisdiction.

Therefore, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.  The Motion (ECF No. 48) is **DENIED**.

2. The Court reserves the right to supplement its oral ruling and/or this Order with written findings of fact and conclusions of law.

[Signed and dated above.]

Copies to: Debtor, recipients of electronic notice.