# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) ) **JPK Newco, LLC** ) ) Debtor ) ) _____ ) ) JPK NEWCO, LLC, et al., ) ) Plaintiffs, ) ) v. ) ) DEVELOPER RE1, LLC, et al, ) ) Defendants ) ) | Case No. 25-00200-ELG (Chapter 11) Adversary Proceeding No. 25-10015-ELG |

## TRANSMITTAL OF MOTION TO WITHDRAW REFERENCE

Transmitted herewith to the Clerk of the District Court for docketing in the District Court pursuant to Fed. R. Bankr. P. 8003(d)(2) is the Record of Motion to Withdraw Reference in the above-captioned adversary proceeding.

**The parties to the order appealed and their respective attorneys are as follows:**

| Plaintiff(s) | Attorney(s) |
|---|---|
| **JPK NewCo LLC**<br>8401 Greensboro Drive<br>Suite 960<br>McLean, VA 22102 | **Maurice Belmont VerStandig**<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854<br>301-444-4600<br>Email: mac@mbvesq.com |

| | |
|---|---|
| **WCP Fund I LLC**<br>c/o Maurice B. VertSandig, Esq.<br>The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012<br>301-444-4600 | **Maurice Belmont VerStandig**<br>(See above for address) |
| **SF NU, LLC**<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, NV 89012 | **Maurice Belmont VerStandig**<br>(See above for address) |
| **Russell Drazin**<br>Pardo Drazin LLC<br>4400 Jenifer Street, NW<br>Suite 2<br>Washington, DC 20015 | **Maurice Belmont VerStandig**<br>(See above for address) |
| **Defendant(s)** | **Attorney** |
| **Developer RE1 LLC**<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20006 | **James D. Sadowski**<br>Greenstein DeLorme & Luchs, PC<br>801 17th Street, N.W.<br>Suite 1000<br>Washington DC, DC 20006<br>202-452-1400<br>Fax : 202-452-1410<br>Email: jds@gdllaw.com<br><br>**Alexandria Jean Smith**<br>Greenstein DeLorme and Luchs PC<br>801 17th Street NW<br>Suite 1000<br>Washington, DC 20006<br>202-452-1400<br>Email: ajs@gdllaw.com |

| | |
|---|---|
| **423 Kennedy St Holdings LLC**<br>1629 K Street, NW<br>Suite 300<br>Washington, DC 20006 | **Jeremy S. Williams**<br>Kutak Rock LLP<br>1021 East Cary Street<br>Suite 810<br>Richmond, VA 23219<br>804-343-5257<br>Email: jeremy.williams@kutakrock.com<br><br>**James D. Sadowski**<br>(See above for address)<br><br>**Alexandria Jean Smith**<br>(See above for address)<br><br>**Jeremy S. Williams**<br>(See above for address) |

**Documents related to the motion to withdraw the reference include:**

| DE# | Document | Filer |
|---|---|---|
| 1 | Adversary case 25-10015. Complaint. | JPK NewCo LLC, WCP Fund I LLC, SF NU, LLC, Russell Drazin |
| 3 | Summons Issued on 423 Kennedy St Holdings LLC, Developer RE1 LLC. | Clerk's Office |
| 4 | Summons Service Executed on 423 Kennedy St Holdings LLC 5/30/2025; Developer RE1 LLC 5/30/2025. | JPK NewCo LLC, WCP Fund I LLC, SF NU, LLC, Russell Drazin |

| | | |
|---|---|---|
| 5 | Motion to Stay and to Suspend All Deadlines. | 423 Kennedy St Holdings LLC, Developer RE1 LLC |
| 7 | Opposition. | Russell Drazin, JPK NewCo LLC, SF NU, LLC, WCP Fund I LLC |
| 13 | Stipulated Consent Order Continuing Hearing and Extending Time to File a Response to the Complaint. | Clerk's Office |
| 14 | Motion of Developer RE1, LLC and 423 Kennedy St Holdings, LLC for Abstention and to Dismiss or Stay Proceedings. | 423 Kennedy St Holdings LLC, Developer RE1 LLC |
| 15 | Notice of Hearing and Notice of Motion. | 423 Kennedy St Holdings LLC, Developer RE1 LLC |
| 16 | Notice of Adjourned Hearing. | 423 Kennedy St Holdings LLC, Developer RE1 LLC |
| 17 | Opposition | Russell Drazin, JPK NewCo LLC, SF NU, LLC, WCP Fund I LLC |
| 20 | Motion to Dismiss Adversary Proceeding. | 423 Kennedy St Holdings LLC, Developer RE1 LLC |
| 21 | Answer to Complaint. | 423 Kennedy St Holdings LLC, Developer RE1 LLC |

| 26 | Motion for Withdrawal of Reference. | 423 Kennedy St Holdings LLC, Developer RE1 LLC |

**Other comments:**

| Motion for Withdrawal of Reference fee amount was paid 10/08/2025, Receipt No. A2881064. |

Dated: 10/29/2025

Angela D. Caesar
Clerk of the Court

By: /s/ Claude Alde
    Deputy Clerk