```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: James Donald Sadowski (ebm@gdllaw.com, jds@gdllaw.com, mer@gdllaw.com),
Maurice Belmont VerStandig (christa@mbvesq.com, mac@mbvesq.com), Judge Amir H. Ali
(aha_dcdecf@dcd.uscourts.gov, andriea_hill@dcd.uscourts.gov, emily_davidson@dcd.uscourts.gov,
everest_fang@dcd.uscourts.gov, justin_walker@dcd.uscourts.gov,
michael_torcello@dcd.uscourts.gov, sabrine_djemil@dcd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<9808510@dcd.uscourts.gov>
Subject:Activity in Case 1:25-mc-00161-AHA IN RE JPK NEWCO LLC Motion to Withdraw Reference
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 10/30/2025 at 2:09 PM and filed on 10/29/2025
**Case Name:**      IN RE JPK NEWCO LLC
**Case Number:**    1:25-mc-00161-AHA
**Filer:**          RUSSELL DRAZIN
                    JPK NEWCO LLC
                    SF NU, LLC
                    WCP FUND I LLC.

**Document Number:** 1

**Docket Text:**
**MOTION to Withdraw Reference by RUSSELL DRAZIN, JPK NEWCO LLC, SF NU, LLC, WCP FUND I LLC.. (Attachments: # (1) Exhibit)(znmw)**


**1:25-mc-00161-AHA Notice has been electronically mailed to:**

James Donald Sadowski     jds@gdllaw.com, ebm@gdllaw.com, mer@gdllaw.com

Maurice Belmont VerStandig     mac@mbvesq.com, christa@mbvesq.com

**1:25-mc-00161-AHA Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/30/2025] [FileNumber=9808508-0
] [20efa78e5c078f93fb714d36d45cf6a6a651160cae7a36790cd1f144a8b505e5102
d5bb34539119f86d7e6948506d2ac536aa08ef0affca957adfdebf403c507]]

**Document description:** Exhibit
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=10/30/2025] [FileNumber=9808508-1
] [213a4504e8ee0325835124dbb3a895dd93b7fb6f5abaea36b3dc5d42ee524dc6852
1c0292c8db19041e4ede79e737c81429f702302575564aa66ae53500c31fd]]