The order below is hereby signed.

Signed: June 23 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| JPK NewCo LLC, ) | Case No. 25-200-ELG |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | |
| JPK NewCo LLC, *et al*, ) | |
| ) | Adv. Case No. 25-10015-ELG |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Developer RE1 LLC, *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Developer RE1 LLC, *et al.* ) | |
| ) | Adv. Case No. 25-10037-ELG |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DP Capital LLC, *et al.* ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL</u>**

1

Upon consideration of the Motion to Withdraw as Counsel (the "Motion"), filed by Maurice B. VerStandig and The VerStandig Law Firm, LLC (collectively, "VLF"), the lack of opposition thereto, governing law, and the record herein, it is, by the United States Bankuptcy Court for the District of Columbia, hereby:

ORDERED, that he Motion be, and hereby is, GRANTED; and it is further

ORDERRED, that the appearance of VLF, as counsel for (i) Daniel Huertas, (ii) WCP Fund I LLC, (iii) DP Capital, LLC, and (iv) JPK NewCo LLC be, and hereby is, WITHDRAWN; and it is further

ORDERED, that absent further order of this Honorable Court, or case closure, VLF shall remain counsel of record for (a) Russell Drazin and (b) SF NU, LLC.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for The VerStandig*
*Law Firm, LLC*