UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:<br>JPK NEWCO, LLC,<br>Debtor. | Case No.: 25-00200-ELG<br>Chapter 11 |
| JPK NEWCO, LLC, ET AL.,<br>*Plaintiffs,*<br>v.<br>DEVELOPER RE1, LLC. ET AL.,<br>*Defendants.* | Adv. Proc. No. 25-10015-ELG |
| DEVELOPER RE1, LLC. ET AL.,<br>*Plaintiffs,*<br>v.<br>DP CAPITAL, LLC, ET AL.,<br>*Defendants.* | Adv. Proc. No. 25-10037-ELG<br>State Court Case 2022-CAB-005935 |

**[PROPOSED] ORDER GRANTING MOTION FOR STAYS, TO ISSUE A SCHEDULING ORDER, AND TO SET AN EVIDENTIARY HEARING**

The Court has before it the Motion for Stays, to Issue a Scheduling Order, and to Schedule an Evidentiary Hearing (the "Motion for Stays" ECF # ____) filed on September 23, 2026 by Developer RE1, LLC and 423 Kennedy St Holdings, LLC in the above-captioned case.

For cause shown, it is ORDERED that:

1. The Motion for Stays is GRANTED; and

2. The Chapter 11 Case (25-00200-ELG) is stayed, except as to the Motion to Dismiss;

3. The related adversary proceedings (Adv. Proc. Nos. 25-10037-ELG and 25-10015-ELG) are stayed pending further order of the Court;

4. An evidentiary hearing will be held on the Motion to Dismiss on ______________, ___, 202__ at ________ a.m.; and

5. The Court will issue a separate Scheduling Order with discovery and other deadlines related to the evidentiary hearing on the Motion to Dismiss.

[Signed and dated above]

I ask for this:

/s/ James D. Sadowski
James D. Sadowski
DC Bar. No. 446635
jds@gdllaw.com
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: 202-452-1400, ext. 5407
Fax: 202-452-1410
*Counsel for Developer RE1, LLC and 423 Kennedy St Holdings, LLC*

SERVICE TO:

Jeffrey M. Orenstein, Esq.
Wolff, & Orenstein, LLC
15245 Shady Grove Road
North Lobby, Suite 465
Rockville, Maryland 20850
jorenstein@wolawgroup.com

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
Kristen.S.Eustis@usdoj.gov

Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, Maryland 20854
mac@mbvesq.com

Steven J. Willner
NEUBERGER QUINN GIELEN
RUBIN & GIBBER, P.A.
One South Street, 27th Floor
Baltimore, Maryland 21202
sjw@nqgrg.com

**END OF ORDER**